U.S. DISTRICT COURT
ESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 2 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IRA JEROME ROSS | DOCKET NO.:1:15-cv-1943; SEC. P |
| VERSUS | |
| LA DEPT. OF CORRECTIONS, ET AL. | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Plaintiff's complaint (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B) and §1915A. The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Beaumont, Texas.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 22nd day of September, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE