U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 27 2016

TONY R. MOORE CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| IRA JEROME ROSS | CIVIL ACTION NO. 1:15-01943 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LA DEPT OF CORRECTIONS | MAG. JUDGE PEREZ-MONTES |

### MEMORANDUM RULING

Pursuant to the Order of the Fifth Circuit Court of Appeal (R. #25) dated April 20, 2016, an evidentiary hearing was conducted by the undersigned on this date. After considering the testimony and documentary evidence introduced by the plaintiff and arguments by plaintiff and counsel for defendants, the court has determined that the Notice of Appeal by plaintiff, Ross was deposited at Avoyelles on November 11, 2015, which was two days past the time specified of filing said notice. Documents filed on October 29, 2015 and earlier in November clearly pertain to the Notice of Intent to Seek Writs (R. #15) from the District Court. This would not have enlarged the time for filing petitioner's notice of appeal which was obviously untimely. Accordingly, it is

**ORDERED** that the Clerk send a copy of this Memorandum Ruling to the Fifth Circuit Court of Appeal as part of its record in its docket number 15-31013 entitled <u>Ira Ross v. Louisiana Dept. of Corr., et al</u>, USDC No. 1:15-cv-1943.

**THUS DONE AND SIGNED** in chambers on this 27th day of April, 2016.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE